# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 6:19-cv-1332-RBD-EJK |
| v. | ) |
| | ) |
| HEALTHE, INC. and | ) |
| LIGHTING SCIENCE GROUP CORP., | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Rule 2.03 of the Local Rules of the United States District Court for the Middle District of Florida, counsel with the firm of Noroozi PC hereby moves the Court for leave to withdraw as counsel for Defendants Healthe, Inc. and Lighting Science Group Corporation, and in support thereof states the following:

1. Moving counsel has provided notice to Defendants and to opposing counsel in compliance with Rule 2.03.

2. Defendants do not oppose this motion.

3. Plaintiff does not oppose this motion.

4. Defendants continue to be represented by remaining counsel of record, Ryan T. Santurri of the law firm Allen, Dyer, Dopplet & Gilchris, P.A. who is a member of the Bar of this Court.

5. Garret Leach and Eric Hayes with the firm of Kirkland & Ellis LLP have represented that they will be making appearances as counsel on behalf of Defendants.

6. Defendants do not expect this withdrawal will materially disrupt existing timelines.

For the foregoing reasons, counsel respectfully requests that the motion be granted.

Respectfully,

*/s/ Andrew Gish*
Andrew Gish
NOROOZI PC
1250 Broadway, 36th Floor
New York, NY 10001
(212) 328-1164

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August 2020, I served the foregoing document by email on all counsel of record.

*/s/ Andrew Gish*